AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kleeh, Thomas S. | Northern District of West Virginia | 05/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

500 West Pike Street
P.O. Box 2408
Clarksburg, WV 26302

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | West Virginia Supreme Court of Appeals, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. MVB Bank | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MVB Cash Account - Checking | | None | K | T | | | | | |
| 2. MVB Cash Account - Savings | A | Interest | L | T | | | | | |
| 3. 529 #1 (H) | | | | | | | | | |
| 4. - Age Based Portfolio 11-12D | C | Dividend | K | T | | | | | |
| 5. 529 #2 (H) | | | | | | | | | |
| 6. - Age Based Portfolio 7-8D | C | Dividend | J | T | | | | | |
| 7. 529 #3 (H) | | | | | | | | | |
| 8. - Age Based Portfolio 4-6D | A | Dividend | J | T | | | | | |
| 9. Northwestern Mutual 65 Whole Life #1 | A | Dividend | J | T | | | | | |
| 10. Northwestern Mutual 65 Whole Life #2 | A | Dividend | K | T | | | | | |
| 11. Northwestern Mutual 65 Whole Life #3 | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual 65 Whole Life #4 | A | Dividend | J | T | | | | | |
| 13. Northwestern Mutual 65 Whole Life #5 | A | Dividend | J | T | | | | | |
| 14. Select UMA Retirement Account (H) | | | | | | | | | |
| 15. - Cash - Morgan Stanley Bank N.A. | A | Interest | K | T | | | | | |
| 16. - 3M Company | A | Int./Div. | J | T | | | | | |
| 17. - AIA Group LTD Spon ADR | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Airbus SE Unsponsored ADR | A | Int./Div. | J | T | | | | | |
| 19.   - Amer Intl GP Inc New | A | Int./Div. | J | T | | | | | |
| 20.   - American Tower Reit Com | A | Int./Div. | J | T | | | | | |
| 21.   - AMN Healthcare Svcs Inc | | None | J | T | | | | | |
| 22.   - Anheuser Busch Inbev SA Spon | A | Int./Div. | J | T | | | | | |
| 23.   - Ansys Inc | | None | J | T | | | | | |
| 24.   - Apollo Global Mgmt Inc | A | Int./Div. | J | T | Buy | 09/06/19 | J | | |
| 25.   - Apple Inc | A | Int./Div. | J | T | | | | | |
| 26.   - Asahi Kaisei Corp ADR | A | Int./Div. | J | T | | | | | |
| 27.   - ASML Holding NV NYReg New | A | Int./Div. | J | T | | | | | |
| 28.   - Aspen Technology Inc | | None | J | T | | | | | |
| 29.   - Astrazeneca PLC ADS | A | Int./Div. | J | T | | | | | |
| 30.   - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 31.   - Berkley W R Corp | A | Int./Div. | J | T | | | | | |
| 32.   - Blackrock Inc | A | Dividend | | | Sold | 09/05/19 | J | A | |
| 33.   - Blackrock Bats: Series C PTF | B | Distribution | K | T | Buy | 12/24/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Blackrock Bats: Series M PTF | B | Distribution | K | T | Buy | 09/17/19 | J | | |
| 36. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 37.   Blackrock Event Driven Eq Inst | B | Distribution | K | T | | | | | |
| 38.   - Blackstone Group Inc CL A | A | Int./Div. | J | T | | | | | |
| 39.   - Carlsberg AS | A | Int./Div. | J | T | | | | | |
| 40.   - CDW Corporation | A | Int./Div. | J | T | | | | | |
| 41.   - Charles River Labs Intl Inc | | None | J | T | | | | | |
| 42.   - Coca Cola Inc | A | Int./Div. | J | T | | | | | |
| 43.   - Comcast Corp (New) Class A | A | Int./Div. | J | T | | | | | |
| 44.   - Cooper Co Inc New | | None | J | T | | | | | |
| 45.   - Copart Inc | | None | J | T | | | | | |
| 46.   - Danone Sponsored ADR | A | Int./Div. | J | T | | | | | |
| 47.   - Diageo PLC Spon ADR New | A | Int./Div. | J | T | | | | | |
| 48.   Diamond Hill Long Short I | B | Distribution | K | T | | | | | |
| 49.   - Docusign Inc | | None | J | T | | | | | |
| 50.   - Ecolab Inc | A | Int./Div. | J | T | | | | | |
| 51.   - Edison Intl | A | Int./Div. | J | T | Buy | 07/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Elanco Animal Health Inc | | None | J | T | | | | | |
| 53.   - Enbridge inc | A | Int./Div. | J | T | | | | | |
| 54.   - Enel Societa Per Azioni ADR | A | Int./Div. | J | T | | | | | |
| 55.   - Essilorluxottica ADR | A | Int./Div. | J | T | | | | | |
| 56.   - Expeditions Intl Wash inc | A | Int./Div. | J | T | | | | | |
| 57.   - Exxon Mobile Corp | A | Int./Div. | J | T | | | | | |
| 58.   - Fair Issac & Co Inc | A | Int./Div. | J | T | | | | | |
| 59.   - Flir Systems Inc | | None | J | T | | | | | |
| 60.   - Galapagos NV ADR | | None | J | T | | | | | |
| 61.   - Genmab A S ADR | | None | J | T | | | | | |
| 62.   - Givaudan SA ADR | A | Int./Div. | J | T | | | | | |
| 63.   - Goldman Sachs Group Inc | | None | | | Sold | 01/29/19 | J | A | |
| 64.   - HDFC Bank LTD ADR | A | Int./Div. | J | T | | | | | |
| 65.   - Home Depot Inc | A | Int./Div. | J | T | | | | | |
| 66.   - Hong Kong Exchanges & Clearing | A | Int./Div. | J | T | | | | | |
| 67.   - Hoya Corp Spons ADR | A | Int./Div. | J | T | | | | | |
| 68.   - Iberdrola SA Spon ADR | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Interactive Brokers Group CL A | A | Int./Div. | J | T | | | | | |
| 70. - International Paper Co | A | Int./Div. | J | T | | | | | |
| 71. - Jack Henry & Assoc | A | Int./Div. | J | T | | | | | |
| 72. - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 73. - Kering S A ADR New | A | Int./Div. | J | T | | | | | |
| 74. - Keyence Corp | A | Int./Div. | J | T | | | | | |
| 75. - Kinder Morgan Inc | A | Int./Div. | J | T | | | | | |
| 76. - Koninkluke Phil El SP ADR New | A | Int./Div. | J | T | | | | | |
| 77. - L Oreal Co ADR | A | Int./Div. | J | T | | | | | |
| 78. - Lennox Intl Inc | A | Int./Div. | J | T | | | | | |
| 79. - Linde PLC | A | Int./Div. | J | T | | | | | |
| 80. - Lloyds Banking Group | | None | J | T | Buy | 04/15/19 | J | | |
| 81. - London Stock Exchange Group ADR | A | Int./Div. | J | T | | | | | |
| 82. - LVMH Moet Hennessy Louis Vuitt | A | Int./Div. | J | T | | | | | |
| 83. - Mastercard Inc CL A | A | Int./Div. | J | T | | | | | |
| 84. - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 85. - Merck & Co Inc New Com | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - MetLife Inc | A | Int./Div. | J | T | | | | | |
| 87. - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 88. - Mondelez Intl Inc Com | A | Int./Div. | J | T | | | | | |
| 89. - MSCI Inc Com | A | Int./Div. | J | T | | | | | |
| 90. - Murata Mfg Co Ltd | A | Int./Div. | J | T | | | | | |
| 91. - Nestle Spon ADR REP REG SHR | A | Int./Div. | J | T | | | | | |
| 92. - Nextera Energy Inc | A | Int./Div. | J | T | | | | | |
| 93. - Nidec Corp | A | Int./Div. | J | T | | | | | |
| 94. - Nippon Telegraph & Telephone ADS | A | Int./Div. | J | T | | | | | |
| 95. - Nordson CP | A | Int./Div. | J | T | | | | | |
| 96. - Novo Nordisk A/S ADR | A | Int./Div. | J | T | | | | | |
| 97. - Nvent Electric PLC | A | Int./Div. | J | T | Buy | 04/15/19 | J | | |
| 98. - Pernod Ricard SA Unspons ADR | A | Int./Div. | J | T | | | | | |
| 99. - Pfizer Inc | A | Int./Div. | J | T | | | | | |
| 100. - PNC Finl Svcs GP | A | Int./Div. | J | T | | | | | |
| 101. - Pool Corp | A | Int./Div. | J | T | | | | | |
| 102. - PPG Industries Inc | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Primerica Inc | A | Int./Div. | J | T | | | | | |
| 104.   - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 105.   - Raytheon Co | A | Int./Div. | J | T | | | | | |
| 106.   - RBC Bearings Inc | | None | J | T | | | | | |
| 107.   - Reckitt Benckiser PLC Spns ADR | A | Int./Div. | J | T | | | | | |
| 108.   - Relx PLC Sponsored ADR | A | Int./Div. | J | T | Buy (add'l) | 01/16/19 | J | | |
| 109.   - Rollins Inc | A | Int./Div. | J | T | | | | | |
| 110.   - Royal Dutch Shell PLC CL B | A | Int./Div. | J | T | | | | | |
| 111.   - Royal KPN NV Spons ADR | A | Int./Div. | J | T | | | | | |
| 112.   - Safran SA | A | Int./Div. | J | T | | | | | |
| 113.   - SAP AG | A | Int./Div. | J | T | | | | | |
| 114.   - Schlumberger Ltd | | None | | | Sold | 07/01/19 | J | A | |
| 115.   - Shin Etsu CHem Co Ltd ADR | A | Int./Div. | J | T | | | | | |
| 116.   - Siteone Landscape Supply Inc | | None | J | T | | | | | |
| 117.   - SMC Corp Common | A | Int./Div. | J | T | | | | | |
| 118.   - Snap-On Inc | | None | | | Sold | 07/01/19 | J | A | |
| 119.   - Softbank Corp Unspons ADR | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 121.  - Taiwan SMCNDCTR Mfg Co Ltd ADR | A | Int./Div. | J | T | | | | | |
| 122.  - Teradyne Inc | A | Int./Div. | J | T | Sold<br>(part) | 10/18/19 | J | A | |
| 123.  - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 124.  - The Scotts Miracle Gro Co | A | Int./Div. | J | T | | | | | |
| 125.  - Thor Industries | A | Int./Div. | J | T | | | | | |
| 126.  - Tractor Supply Co | A | Int./Div. | J | T | Buy | 08/26/19 | J | | |
| 127.  - Travelers Companies Inc Com | A | Int./Div. | J | T | | | | | |
| 128.  - US Bancorp Com New | A | Int./Div. | J | T | | | | | |
| 129.  - Unicharm Corp Unspon ADR | A | Int./Div. | J | T | | | | | |
| 130.  - Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 131.  - United Parcel Ser Inc CL-B | A | Int./Div. | J | T | | | | | |
| 132.  - United Technologies Corp | A | Int./Div. | J | T | | | | | |
| 133.  - Unitedhealth GP Inc | A | Int./Div. | J | T | | | | | |
| 134.  - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 135.  - Visa inc CL A | A | Int./Div. | J | T | | | | | |
| 136.  - Vulcan Materials Co | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Wabco Holding | | None | | | Sold | 04/15/19 | J | A | |
| 138.   - Walt Disney Co Hldg Co | A | Int./Div. | J | T | | | | | |
| 139.   - Waste Mgmt Inc | A | Int./Div. | J | T | | | | | |
| 140.   - WEC Energy Group Inc Com | A | Int./Div. | J | T | Sold<br>(part) | 07/31/19 | J | A | |
| 141.   - Wells Fargo & Co New | A | Int./Div. | J | T | | | | | |
| 142.   - Williams Co Inc | A | Int./Div. | J | T | | | | | |
| 143.   - Zebra Tech CL A | | None | J | T | | | | | |
| 144.   - Zoetis Inc Class A | A | Int./Div. | J | T | | | | | |
| 145.   - Ishares Core MSCI Emerging | B | Dividend | K | T | Buy<br>(add'l) | 05/28/19 | J | | |
| 146.   - Ishares Iboxx HY Cor BD ETF | B | Dividend | K | T | | | | | |
| 147.   - Ishares Inc MSCI Japan ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 05/18/19 | J | | |
| 148.   - Ishares Micro-Cap ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 05/28/19 | J | | |
| 149.   - Ishares Morningstar SML CP ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 05/28/19 | J | | |
| 150.   - Ishares MSCI Frontier 100 ETF | A | Int./Div. | K | T | | | | | |
| 151.   - CVS Healthcorp Corp Bond 3/9/21 | | None | | | Sold | 09/26/19 | J | A | |
| 152.   - CVS Healthcorp Corp Bond 3/9/23 | A | Distribution | J | T | Buy | 09/26/19 | J | | |
| 153.   - Toronto Dominions Bank Bond | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kleeh, Thomas S.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - American Express Bond | A | Int./Div. | J | T | | | | | |
| 155. - Oracle Corp Bond | A | Int./Div. | J | T | | | | | |
| 156. - US Bancorp Bond | A | Int./Div. | J | T | | | | | |
| 157. - BP Capital Markets PLC Bond | A | Int./Div. | J | T | | | | | |
| 158. - Anheuser-Busch Inbev Finance Inc Bond | A | Int./Div. | J | T | | | | | |
| 159. - US Treasury Note 2/29/20 | A | Int./Div. | J | T | | | | | |
| 160. - US Treasury Note 7/31/20 | A | Interest | J | T | | | | | |
| 161. - US Treasury Note 11/30/25 | A | Interest | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 163. - US Treasury Note 2/15/28 | A | Interest | J | T | | | | | |
| 164. - US Treasury Note 2/15/29 | A | Interest | J | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 166. - US Treasury Note 6/30/23 | A | Interest | | | Sold | 05/15/19 | J | A | |
| 167. - US Treasurey Note 7/15/21 | A | Interest | | | Sold | 05/15/19 | J | A | |
| 168. - US Treasury Bond 11/15/43 | A | Interest | | | Sold | 06/26/19 | J | A | |
| 169. - US Treasury Bond 5/15/47 | A | Interest | | | Sold | 06/26/19 | J | A | |
| 170. - US Treasury Bond 5/15/49 | A | Interest | J | T | Buy | 06/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 172.  - Fed Natl Mtg Assn | A | Int./Div. | J | T | | | | | |
| 173.  - FHLMC 30 Yr Gold G08741 | A | Int./Div. | J | T | | | | | |
| 174.  - Federal National Mtg Assn Pool MA3088 | A | Int./Div. | J | T | | | | | |
| 175.  Ambassador 6 IRA (H) | | | | | | | | | |
| 176.  - Cash - Raymond James Bank | A | Interest | K | T | | | | | |
| 177.  - First Eagle Overseas Fund Class I N/L | A | Dividend | J | T | | | | | |
| 178.  - JP Morgan Mid Cap Value Fund Class L N/L | A | Dividend | J | T | | | | | |
| 179.  - Glenmede Quantitative US Lrg CP GR EQ Port Instl | A | Dividend | K | T | | | | | |
| 180.  - Hartford Equity Income Fund Class 1 N/L | A | Dividend | K | T | | | | | |
| 181.  - Hartford Core Equity Fund Class 1 N/L | A | Dividend | K | T | Sold<br>(part) | 08/09/19 | J | A | |
| 182.  - JP Morgan Core Bond Fund Class 1 N/L | A | Dividend | K | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 183.  - JP Morgan Equity Income Fund Class 1 N/L | A | Dividend | K | T | | | | | |
| 184.  - Loomis Sayles Core Plus Bond FD Class Y N/L | A | Dividend | K | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 185.  - Neuberger Berman Genesis Fund Advisor Class N/L | A | Distribution | J | T | | | | | |
| 186.  - Pimco Stocksplus Small Fund Class I2 N/L | A | Dividend | J | T | | | | | |
| 187.  - Templeton Global Total Return Fund Advisor Class N/L | A | Dividend | J | T | Buy<br>(add'l) | 08/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. - Touchstone International Small Cap Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 189. - Virtus Vontobel Foreign Opportunities Fund Class 1 N/L | A | Dividend | J | T | | | | | |
| 190. - Virtus Vontobel Emerging Markets Oppor Fund CLS 1 N/L | A | Dividend | J | T | | | | | |
| 191. - Voya Mid Cap Opportunities Fund Class 1 N/L | A | Distribution | J | T | | | | | |
| 192. - PGIM Short Duration High Yield Income Fund Class Z N/L | A | Int./Div. | J | T | Sold (part) | 08/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kleeh, Thomas S.** | 05/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kleeh, Thomas S. | 05/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas S. Kleeh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544